IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHEN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ATARAH MCCOY | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| vs. | § | Civil Action No.: 4:23-cv-4127 |
| | § | |
| | § | |
| SHAULIS BOOKER AND | § | |
| TELAMON CORPORATION | § | |
| | § | |
| *Defendants*. | § | |

## DEFENDANTS' NOTICE OF REMOVAL

TO THE HONORABLE JUDGE OF THIS COURT:

Defendants, Booker Shaulis (incorrectly named as "Shaulis Booker" in Plaintiff's Original Petition) and Telamon Corporation ("Defendant"), file this Notice of Removal, pursuant to 28 U.S.C. §§ 1441 and 1446, removing this dispute to the United States District Court for the Southern District of Texas, Houston Division.

### PENDING STATE SUIT

1. On August 1, 2023, Plaintiff, Atarah McCoy ("Plaintiff") commenced an action in the 129th Judicial District Court of Harris County, Texas, captioned Cause No. 2023-48895; *Atarah McCoy v. Shaulis Booker and Telamon Corporation*. Plaintiff seeks damages allegedly resulting from an accident that occurred on or about May 18, 2023, when "Defendant [Shaulis] ran the red light at the intersection and collided with Plaintiff's left front quarter of vehicle." *See* Exhibit A, Plaintiff's Original Petition at ¶ 7. The collision allegedly caused Plaintiff to suffer "extensive and permanent injuries." *Id.*

### GROUNDS FOR REMOVAL

2. The state court action is one over which this Court has original jurisdiction under the provisions of 28 U.S.C. § 1332 and may be removed to this Court pursuant to the provisions of 28 U.S.C. § 1441, in that it is a civil action wherein the matter in controversy exceeds the sum or value of $75,000.00, exclusive of interest and costs, and diversity of citizenship exists between the parties.

### A. Amount In Controversy Exceeds $75,000

3. Under 28 U.S.C. §1446(c)(2), if removal is sought on the basis of the jurisdiction conferred by 28 U.S.C. §1332, the sum demanded in good faith in the initial pleadings shall be deemed to be the amount in controversy. *See* 28 U.S.C. §1446(c)(2). Plaintiff states in her Original Petition that she seeks monetary relief in excess of $1,000,000. *See* Exhibit A, Plaintiff's Original Petition at ¶ 3. Therefore, the allegations in Plaintiff's Original Petition confirm that Plaintiff believes her damages are substantially more than $75,000.

### B. Diversity of Citizenship

4. Plaintiff is a resident of Texas. *Id.* at ¶ 4.

5. Defendant, Booker Shaulis is a citizen of Kentucky. *Id.* at ¶ 5.

6. Defendant, Telamon Corporation is a corporation existing under the laws of the State of Indiana with its principal place of business in the State of Indiana. *Id.* at ¶ 6.

### PROCEDURAL REQUIREMENTS FOR REMOVAL

7. Upon filing this Notice of Removal, Defendants gave written notice of the filing to Plaintiff and her counsel as required by law. A copy of this Notice is also being filed with the Clerk of the Court in Harris County, Texas, where this cause was originally filed. A copy of all processes, pleadings, and orders has been filed separately with this Court pursuant to 28 U.S.C. § 1446(a).

## STATE COURT DOCUMENTS & EXHIBITS

8. The following documents are attached to this Notice of Removal:

    Exhibit "A"    Plaintiff's Original Petition

    Exhibit "B"    Proof of Service

    Exhibit "C"    An index of matters being filed.

        C-1 Copy of the state court Docket Sheet/Record.

        C-2 A list of all counsel of record, addresses, telephone numbers, and parties.

        C-3 Civil Cover Sheet

## TIMING OF REMOVAL

9. Counsel for Defendants accepted service of Plaintiff's Original Petition on behalf of both Defendants on October 30, 2023.

10. This Notice of Removal is being filed within 30 days of acceptance of service of the Plaintiff's Original Petition and is timely filed under 28 U.S.C. § 1446(b).

## VENUE

11. This is a statutorily proper venue under the provisions of 28 U.S.C. § 1441(a) because this district and division embrace the county where the removed action was pending.

## JURY DEMAND

12. Defendants hereby request a trial by jury pursuant to FED. R. CIV. P. 38.

## PRAYER

13. Defendants assert that the amount in controversy exceeds $75,000.00. Additionally, Defendants have established that diversity of citizenship exists between the parties in this case. For these reasons, and in conformity with 28 U.S.C. § 1446, Defendants respectfully remove the civil action captioned Cause No. 2023-48895; *Atarah McCoy v. Shaulis*

*Booker and Telamon Corporation.*, in the 129th Judicial District Court of Harris County, Texas. Defendants pray for such other and further relief, both general and special, at law and in equity, to which they may be justly entitled.

        Respectfully submitted,
        GALLOWAY, JOHNSON, TOMPKINS, BURR & SMITH

        */s/ David J. Dennenberg*
        Les Pickett
        State Bar No. 15980520
        lpickett@gallowaylawfirm.com
        David J. Dennenberg
        State Bar No. 24120798
        ddennenberg@gallowaylawfirm.com
        1301 McKinney Street, Suite 1400
        Houston, Texas 77010
        (713) 599-0700 – telephone
        (713) 599-0777 – facsimile
        **ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

    I certify that a true and correct copy of the foregoing has been forwarded to all known counsel of record via Electronic Court Filing on the 31st day of October, 2023:

        *David J. Dennenberg*
        Les Pickett
        David J. Dennenberg