IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHEN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ATARAH MCCOY | § § § | |
| *Plaintiff,* | § § | |
| vs. | § § | Civil Action No.: 4:23-cv-04127 |
| | § § | |
| SHAULIS BOOKER AND TELAMON CORPORATION | § § § § | |
| *Defendants*. | § | |

## LIST OF INTERESTED PARTIES

**PLAINTIFF**
Atarah McCoy

**ATTORNEYS FOR PLAINTIFF**
Kiernan McAlpine
State Bar No. 24058519
e-service@daspitlaw.com
Daspit Law Firm
440 Louisiana Street, Suite 1400
Houston, Texas 77002
(713) 322-4878 – telephone
(713) 587-9086 – facsimile

**DEFENDANT**
Booker Shaulis

**DEFENDANT**
Telamon Corporation
Subsidiaries:
    Telamon International Corp.
    Telamon Europe DOOEL Skopje
    Telamon Technologies Corp.
    Capital Land Services, Inc.
    Telamon Technologies India, LLP
    Telamon SPV, LLC

**ATTORNEYS FOR DEFENDANTS**
Les Pickett
State Bar No. 15980520
Federal I.D. No. 14306
lpickett@gallowaylawfirm.com
David J. Dennenberg
State Bar No. 24120798
ddennenberg@gallowaylawfirm.com
GALLOWAY, JOHNSON, TOMPKINS, BURR & SMITH
1301 McKinney, Suite 1400
Houston, Texas 77010
(713) 599-0700 – telephone
(713) 599-0777 – facsimile

        Respectfully submitted,

        */s/ David J. Dennenberg*
        Les Pickett
          State Bar No. 15980520
          Federal I.D. No. 14306
          lpickett@gallowaylawfirm.com
        David Dennenberg
          State Bar No. 24120798
          ddennenberg@gallowaylawfirm.com

OF COUNSEL:
GALLOWAY, JOHNSON, TOMPKINS,
BURR & SMITH
1301 McKinney Suite 1400
Houston, Texas 77010
(713) 599-0700 – Telephone
(713) 599-0777 – Facsimile
**ATTORNEYS FOR DEFENDANTS,**
**BOOKER SHAULIS AND TELAMON CORPORATION**

## CERTIFICATE OF SERVICE

    I certify that a true and correct copy of the foregoing has been forwarded to all known counsel of record via Electronic Court Filing on the 27th day of November, 2023:

        /s/ David J. Dennenberg
        Les Pickett
        David J. Dennenberg