IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHEN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ATARAH MCCOY | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| vs. | § | CIVIL ACTION NO.: 4:23-CV-04127 |
| | § | JUDGE CHARLES ESKRIDGE |
| | § | |
| SHAULIS BOOKER AND | § | |
| TELAMON CORPORATION | § | |
| | § | |
| *Defendants*. | § | |

## STATEMENT OF INFORMATION IN A REMOVED ACTION

1. **State the date(s) on which defendant(s) or their representative(s) first received a copy of the summons and complaint in the removed state court action. If different, the date on which each defendant was served with a copy of the summons and complaint.**

   Counsel for Defendants accepted service of process on behalf of Defendants on October 31, 2023.

2. **In actions removed based on diversity jurisdiction, list the citizenship of all parties, including the citizenship of each member of a partnership or other type of business association such as LLCs and LLPs. Specifically identify whether any defendants who have been served are citizens of Texas.**

   Plaintiff Atarah McCoy is a citizen of Texas.
   Defendant, Booker Shaulis is a citizen of Kentucky.
   Defendant, Telamon Corporation is a corporation existing under the laws of the State of Indiana with its principal place of business in the State of Indiana.

3. **In actions removed based on diversity jurisdiction, state the amount alleged in controversy and the basis for this amount.**

   Plaintiff has stated in her Original Petition that she seeks monetary relief of over $1,000,000.00, including damages of any kind, penalties, costs, expenses, pre-judgment interest, and attorney's fees and judgment for all other relief to which she is entitled.

**4.   In actions removed based on diversity jurisdiction pending more than one year in state court, specify why the case should not be summarily remanded.**

Not applicable.

**5.   Identify any defendant that did not join in the notice of removal and explain why.**

Not applicable.

        Respectfully submitted,

        GALLOWAY, JOHNSON, TOMPKINS BURR & SMITH

        */s/ David Dennenberg*
        Les Pickett
          "Attorney-in-Charge"
          Federal I.D. No. 14306
          State Bar No. 15980520
          lpickett@gallowaylawfirm.com
        David Dennenberg
          State Bar No. 24120798
          ddennenberg@gallowaylawfirm.com

OF COUNSEL:
GALLOWAY, JOHNSON, TOMPKINS, BURR & SMITH
1301 McKinney, Suite 1400
Houston, Texas 77010
(713) 599-0700 – Telephone
(713) 599-0777 – Facsimile
**ATTORNEYS FOR DEFENDANT GREAT LAKES INSURANCE SE**

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing has been forwarded to all known counsel of record via Electronic Court Filing on the 6th day of December 2023:

        */s/ David J. Dennenberg*
        Les Pickett
        David J. Dennenberg