IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHEN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ATARAH MCCOY | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| vs. | § | CIVIL ACTION NO.: 4:23-CV-04127 |
| | § | JUDGE CHARLES ESKRIDGE |
| | § | |
| SHAULIS BOOKER AND | § | |
| TELAMON CORPORATION | § | |
| | § | |
| *Defendants.* | § | |

## CERTIFICATE OF SERVICE IN A REMOVED ACTION

I certify compliance with the Order of the Court entered upon filing of the petition for removal of this action.

On November 14, 2023, I served on all other parties copies of (1) the Order for Conference and Disclosure of Interested Parties, and (2) the Court's Procedures and Forms.

    Respectfully submitted,

    GALLOWAY, JOHNSON, TOMPKINS
    BURR & SMITH

    */s/ David Dennenberg*
    Les Pickett
      "Attorney-in-Charge"
      Federal I.D. No. 14306
      State Bar No. 15980520
      lpickett@gallowaylawfirm.com
    David Dennenberg
      State Bar No. 24120798
      ddennenberg@gallowaylawfirm.com

OF COUNSEL:
GALLOWAY, JOHNSON, TOMPKINS,
BURR & SMITH
1301 McKinney, Suite 1400
Houston, Texas 77010
(713) 599-0700 – Telephone

(713) 599-0777 – Facsimile
**ATTORNEYS FOR DEFENDANT**
**GREAT LAKES INSURANCE SE**

## CERTIFICATE OF SERVICE

    I certify that a true and correct copy of the foregoing has been forwarded to all known counsel of record via Electronic Court Filing on the 6th day of December, 2023:

                                  */s/ David J. Dennenberg*
                                  Les Pickett
                                  David J. Dennenberg