United States District Court
Southern District of Texas
**ENTERED**
December 28, 2023
Nathan Ochsner, Clerk

#### UNITED STATES DISTRICT COURT
#### SOUTHERN DISTRICT OF TEXAS
#### HOUSTON DIVISION

| | | |
|---|---|---|
| ATARAH MCCOY, | § | CIVIL ACTION NO |
| Plaintiff, | § | 4:23-cv-04127 |
| | § | |
| | § | |
| vs. | § | JUDGE CHARLES ESKRIDGE |
| | § | |
| | § | |
| SHAULIS BOOKER and | § | |
| TELAMON | § | |
| CORPORATION, | § | |
| Defendants. | § | |

#### MINUTE ENTRY AND ORDER

Minute entry for an INITIAL CONFERENCE before Judge Charles Eskridge on December 27, 2023. All parties present by video and represented by counsel.

The Court addressed the scheduling and docket control order and the joint discovery and case management plan. Dkts 4 & 8.

Defendants were ORDERED to file an answer within fourteen days.

The parties should continue to confer in good faith regarding discovery and the potential for settlement.

SO ORDERED.

Signed on December 27, 2023, at Houston, Texas.

_____
Hon. Charles Eskridge
United States District Judge