**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHEN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| ATARAH MCCOY | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| vs. | § | CIVIL ACTION NO.: 4:23-CV-04127 |
| | § | JUDGE CHARLES ESKRIDGE |
| | § | |
| SHAULIS BOOKER  AND | § | |
| TELAMON CORPORATION | § | |
| | § | |
| *Defendants.* | § | |

**PLAINTIFF'S TRIAL WITNESS LIST**

(1) Plaintiff intends to call the following witnesses:

    a.  Atarah McCoy;

    b.  Shaulis Booker;

    c.  Corporate representative of Telamon Corporation;

    d.  Officer C. McCray;

    e.  Majid Sabahi, M.D.;

    f.  Donald Baxter, M.D.;

    g.  Remi Nader, M.D.;

    h.  Yan Michael Li, M.D.;

    i.  Aaron Filler, M.D.;

    j.  Lorenzo Farolan, M.D.;

    k.  Adam Locketz, M.D.;

l.   Stan Smith;

m.  Any witnesses in the courtroom.

Respectfully Submitted,

**DASPIT LAW FIRM**

*/s/ Kiernan McAlpine*
Kiernan McAlpine
Texas State Bar No. 24058519
Fed. Bar No. 1132611
440 Louisiana St. Ste 1400
Houston, Texas 77002
Telephone: (713) 322-4878
Facsimile: (713) 587-9086
Email: e-service@daspitlaw.com

**ATTORNEY FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true copy of the foregoing instrument was served on all counsel of record in accordance with Rules 21 and 21a of the Federal Rules of Civil Procedure on September 16, 2024.

*/s/ Kiernan McAlpine*
Kiernan McAlpine