# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHEN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| ATARAH MCCOY | § § § | |
| *Plaintiff,* | § § | |
| vs. | § § § | CIVIL ACTION NO.: 4:23-CV-04127 |
| | § § | JUDGE CHARLES ESKRIDGE |
| SHAULIS BOOKER AND TELAMON CORPORATION | § § § § | |
| *Defendants.* | § | |

## PLAINTIFF'S TRIAL WITNESS LIST

Plaintiff submits the following proposed exhibit list for consideration by the Court. Plaintiff intends to offer each of the following exhibits.

| NO. | DESCRIPTION | OFFR | OBJ | DATE | |
|---|---|---|---|---|---|
| | | | | ADMIT | N/ADMIT |
| P-1 | River Oaks Hospital Medical Records | | | | |
| P-2 | River Oaks Hospital Billing Records | | | | |
| P-3 | Chopra Imaging Centers Billing Records | | | | |
| P-4 | Greater Texas Orthopedic Associates Medical Records for May 25, 2023 through July 13, 2023 | | | | |
| P-5 | Greater Texas Orthopedic Associates Billing Records for May 25, 2023 through July 13, 2023 | | | | |

| NO. | DESCRIPTION | OFFR | OBJ | DATE | |
|---|---|---|---|---|---|
| | | | | ADMIT | N/ADMIT |
| P-6 | Greater Texas Orthopedic Associates Medical Records for August 22, 2023 through October 31, 2023 | | | | |
| P-7 | Greater Texas Orthopedic Associates Billing Records for August 22, 2023 through October 31, 2023 | | | | |
| P-8 | Greater Texas Orthopedic Associates Medical Records for August 22, 2023 through July 11, 2024 | | | | |
| P-9 | Greater Texas Orthopedic Associates Billing Records for August 22, 2023 through July 11, 2024 | | | | |
| P-10 | Memorial MRI Medical Records | | | | |
| P-11 | Memorial MRI Billing Records | | | | |
| P-12 | International Center for Neuroscience Medical Records | | | | |
| P-13 | International Center for Neuroscience Billing Records | | | | |
| P-14 | Adam Locketz, MD CV | | | | |
| P-15 | Adam Locketz, MD Life Care Plan | | | | |
| P-16 | Stan Smith CV | | | | |
| P-17 | Stan Smith Economic Value Report | | | | |
| P-18 | Texas Peace Officer's Crash Report | | | | |
| | | | | | |

Respectfully Submitted,

**DASPIT LAW FIRM**

*/s/ Kiernan McAlpine*
Kiernan McAlpine
Texas State Bar No. 24058519
Fed. Bar No. 1132611
440 Louisiana St. Ste 1400
Houston, Texas 77002
Telephone: (713) 322-4878
Facsimile: (713) 587-9086
Email: e-service@daspitlaw.com

**ATTORNEY FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true copy of the foregoing instrument was served on all counsel of record in accordance with Rules 21 and 21a of the Federal Rules of Civil Procedure on September 16, 2024.

*/s/ Kiernan McAlpine*
Kiernan McAlpine