IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| ATARAH MCCOY | § | |
|---|---|---|
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:23-cv-04127 |
| | § | JUDGE CHARLES ESKRIDGE |
| SHAULIS BOOKER AND | § | |
| TELAMON CORPORATION | § | |
| | § | JURY REQUESTED |
| Defendant. | § | |
| | § | |

**TRIAL EXHIBIT LIST OF DEFENDANTS**
**SHAULIS BOOKER AND TELAMON CORPORATION**

| No. | Description | Offer | Object | Admit | Date |
|---|---|---|---|---|---|
| 1. | Jacob Weinberg, MD CV | | | | |
| 2. | John Laughlin, M.Eng., P.E. CV | | | | |
| 3. | Daniel Yul Kim, MD, FHM, FACP CV | | | | |
| 4. | Thomas Cartwright, MD CV | | | | |
| 5. | Elizabeth Jones, MD CV | | | | |
| 6. | Advance Diagnostics Medical Records | | | | |
| 7. | Certified Copy of Plaintiff's Petition, McCoy v. US Logistics Solutions, Inc. | | | | |
| 8. | Plaintiff's car photos | | | | |
| 9. | Defendant's van photos | | | | |
| 10. | Defendant's van repair estimate | | | | |

Defendants reserve the right to supplement and/or amend this exhibit list to include exhibits designated by Plaintiff, which are necessary for rebuttal, and as allowed by the Federal

Rules of Procedure.