## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHEN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | |
|---|---|
| ATARAH MCCOY § | |
| § | |
| *Plaintiff,* § | |
| § | |
| vs. § | CIVIL ACTION NO.: 4:23-CV-04127 |
| § | JUDGE CHARLES ESKRIDGE |
| § | |
| SHAULIS BOOKER AND § | |
| TELAMON CORPORATION § | |
| § | |
| *Defendants.* § | |

### TRIAL WITNESS LIST OF DEFENDANTS SHAULIS BOOKER AND TELAMON COPORATION

| No. | Witness Name | Witness Address |
|---|---|---|
| 1. | Jacob Weinberg, M.D. | 3536 Hwy 6 South, #271<br>Sugar Land, Texas 77478 |
| | ☐ **Live**   ☐ Deposition<br>☐ Fact   ☐ **Expert**   ☐ Record Custodian | |
| | *Brief description of witness capacity and testimonial topics:* | |
| | Dr. Weinberg is Board Certified by the American Board of Orthopedic Surgery. He is licensed to practice medicine in Texas, Florida, New York, and Massachusetts, and specializes in spinal surgery. | |
| | Dr. Weinberg is expected to testify regarding the nature and extent of Plaintiff's alleged injuries, whether there is a causal link between those injuries and the incident at issue in this suit, the reasonable medical necessity of any medical treatment Plaintiff has received or is recommended to receive, and the reasonableness of the costs associated with such treatment. Dr. Weinberg is expected to testify regarding the origin, nature, and extent of Plaintiff's claimed injuries; the reasonableness and necessity of Plaintiff's medical treatment and expenses; and Plaintiff's past, present, and future medical conditions, including the relationship, if any, of those conditions to the accident made the basis of this lawsuit. Dr. Weinberg will also provide testimony and opinions regarding, but not limited to, the investigation of, and/or opinions rendered by Plaintiff's expert(s) and any other issues that may arise in this litigation regarding and relating to Plaintiff's medical care and need for future surgery. | |
| 2. | John Laughlin, M. Eng., P.E. | Laughlin Engineering Firm, LLC<br>14027 Memorial Drive #364<br>Houston, Texas 77079-6826 |

1

|   |   |
|---|---|
|   | ☐ **Live**  ☐ Deposition <br> ☐ Fact  ☐ **Expert**  ☐ Record Custodian <br> *Brief description of witness capacity and testimonial topics:* <br> Mr. Laughlin is a biomechanical engineer with extensive experience in biomechanical evaluation of injuries in automotive collisions. He also has experience in the areas of accident reconstruction, human factors engineering, medical devices, and 3D modeling. <br> He is expected to testify regarding the nature and extent of Plaintiffs' alleged injuries and whether there is a causal link between those injuries and the alleged incident at issue in this suit. Mr. Laughlin will also testify as to whether sufficient forces were present in the subject incident that could have caused the injuries alleged by Plaintiff. Mr. Laughlin may also be called to testify about any report and/or opinion given by Plaintiff's treating physicians and/or alleged experts named by or relied upon by Plaintiff. |
| 3. | Daniel Yul Kim, M.D., FHM, FACP   1200 East Collins Blvd., Suite 210 <br> Richardson, Texas 75081 |
|   | ☐ **Live**  ☐ Deposition <br> ☐ Fact  ☐ **Expert**  ☐ Record Custodian <br> *Brief description of witness capacity and testimonial topics:* <br> Dr. Kim is a licensed physician and Fellow of the American College of Physicians and Fellow of the Society of Hospital Medicine. He is a hospitalist with a specialty certification from the American Board of Internal Medicine. <br> Dr. Kim is expected to testify regarding the reasonableness and necessity of certain of Plaintiff's medical treatment and expenses. Dr. Kim may also provide testimony and opinions regarding, but not limited to, the investigation of, and/or opinions rendered by Plaintiff's expert(s) and any other issues that may arise in this litigation regarding and relating to Plaintiff's past and future medical care. |

| | | |
|---|---|---|
| 4. | Thomas Cartwright, M.D. | 1200 East Collins Blvd., Suite 210 Richardson, Texas 75081 |
| | ☐ **Live**          ☐ Deposition<br><br>☐ Fact          ☐ **Expert**          ☐ Record Custodian<br><br>*Brief description of witness capacity and testimonial topics:*<br><br>Dr. Cartwright is a licensed physician in the field of orthopedics who obtained his Doctor of Medicine degree in 1990.<br><br>Dr. Cartwright is expected to offer opinions concerning the reasonableness of the cost of the services rendered to Plaintiff by Viking Pain Management. Dr. Cartwright may also render rebuttal opinions in relation to the opinions of other parties' experts. | |
| 5. | Elizabeth Jones, M.D. | 1200 East Collins Blvd., Suite 210 Richardson, Texas 75081 |
| | ☐ **Live**          ☐ Deposition<br><br>☐ Fact          ☐ **Expert**          ☐ Record Custodian<br><br>*Brief description of witness capacity and testimonial topics:*<br><br>Dr. Jones is a doctor who has been a Diplomat of the American Board of Radiology since 1995. Dr. Jones specializes in Radiology and her subspecialty is Musculoskeletal Imaging.<br><br>She is expected to offer opinions concerning the reasonableness of the cost of the services rendered to Plaintiff by Memorial MRI. Dr. Jones may also render rebuttal opinions in relation to the opinions of other parties' experts. | |