# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| ATARAH MCCOY | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:23-cv-04127 |
| | § | |
| SHAULIS BOOKER AND | § | |
| TELAMON CORPORATION | § | JURY REQUESTED |
| | § | |
| *Defendant.* | § | |

## DEFENDANTS' MOTION TO WITHDRAW THEIR MOTION TO STRIKE PLAINTIFF'S EXPERT ECONOMIST

Defendants Shaulis Booker and Telamon Corporation, pursuant to Federal Rule of Civil Procedure 7(b), hereby withdraw their Motion to Strike Plaintiff's Expert Economist.

[signature line on following page]

Respectfully submitted,

**LANZA LAW FIRM, P.C.**

*/S/ Richard Morrison*

**NICK LANZA**
*Attorney in Charge*
TBA No. 11941225
Federal Bar No. 11333
**RICHARD MORRISON**
TBA No. 00795027
Federal Bar No. 21190
2502 Algerian Way
Houston, TX 77098
eservice@lanzalawfirm.com
(713) 432-9090 Telephone
(713) 668-6417 Facsimile
**ATTORNEYS FOR DEFENDANTS, SHAULIS BOOKER, TELAMON CORPORATION**

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of this document was sent to all known counsel of record pursuant to the Federal Rules of Civil Procedure on the 12th day of November, 2024.

*Via CM/ECF System*
Kiernan McAlpine
Daspit Law Firm, PLLC
440 Louisiana Street, Suite 1400
Houston, Texas 77002

*/S/ Richard Morrison*

**RICHARD MORRISON**