IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| ATARAH MCCOY | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:23-cv-04127 |
| | § | |
| SHAULIS BOOKER AND | § | |
| TELAMON CORPORATION | § | JURY REQUESTED |
| | § | |
| *Defendant.* | § | |
| | § | |

## DEFENSE COUNSELS' NOTICE OF DUAL TRIAL SETTINGS

**TO THE HONORABLE JUDGE OF SAID COURT:**

The undersigned counsel for Defendants SHAULIS BOOKER and TELAMON (hereafter "Defendants"), Defendants in the above styled and numbered cause hereby provides notice to the Court and all parties and counsels of record that defense counsel, Nick Lanza, Federal Bar No. 11333 and Richard Morrison, Federal Bar No. 21190, of Lanza Law Firm, 2502 Algerian Way, Houston, Texas 77098, (713) 432-9090, are set for trial on January 21, 2025, before Hon. Andrew Hanen in Civil Action No: 4:23-CV 03509; *Garza v. Williams*; In the United State District Court for the Southern District of Texas, Houston Division. The defense does not seek a continuance and will announce ready for trial.

Respectfully submitted,

**LANZA LAW FIRM, P.C.**

*/S/ Richard Morrison*

---

**NICK LANZA**
*Attorney in Charge*
TBA No. 11941225
Federal Bar No. 11333
**RICHARD MORRISON**
TBA No. 00795027
Federal Bar No. 21190
2502 Algerian Way
Houston, TX 77098
**eservice@lanzalawfirm.com**
(713) 432-9090 Telephone
(713) 668-6417 Facsimile
**ATTORNEYS FOR DEFENDANTS,
SHAULIS BOOKER, TELAMON
CORPORATION**

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of this document was sent to all known counsel of record pursuant to the Federal Rules of Civil Procedure on the 5th day of December, 2024.

*Via CM/ECF System*
Kiernan McAlpine
Daspit Law Firm, PLLC
440 Louisiana Street, Suite 1400
Houston, Texas 77002

*/S/ Richard Morrison*

---

**RICHARD MORRISON**

Respectfully submitted,

**LANZA LAW FIRM, P.C.**

/s/ Nick Lanza
**NICK LANZA**
*Attorney in Charge*
TBA No. 11941225
Federal Bar No. 11333
**RICHARD MORRISON**
TBA No. 00795027
Federal Bar No. 21190
2502 Algerian Way
Houston, TX 77098
**eservice@lanzalawfirm.com**
(713) 432-9090 Telephone
(713) 668-6417 Facsimile